```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X
ROBERT D. GINSBERG,
                                              ORDER OF DISMISSAL
                    Plaintiff,
                                              07 Civ. 365(MGC)
        - against -

GOVERNMENT PROPERTIES TRUST, INC.,

                    Defendant.
- - - - - - - - - - - - - - - - - - -X
```

Since counsel for all parties have advised the court that this action has been settled, the action is dismissed with prejudice and without costs subject to reopening within 30 days for good cause.

SO ORDERED.

New York, New York
March 13, 2009

S/ _____
   MIRIAM GOLDMAN CEDARBAUM
   United States District Judge